## In re Crystal S. et al.*
### (13671)

Dupont, C. J., and Foti and Spear, Js.

Argued January 12—decision released February 14, 1995

*Patricia J. Sloan,* for the appellant (respondent mother).

*Mary-Anne Ziewacz Mulholland,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attorney general, and *Susan T. Pearlman,* assistant attorney general, for the appellee (petitioner).

Per Curiam. The judgment is affirmed.